SEND - ENTER - JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DEAN PLACENCIA, | Case No. CV 08-00507 SJO (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| LARRY SCRIBNER, warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the related Order.

/S/

DATED: Feb. 8, 2008

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE